IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EASTERN SHAWNEE TRIBE OF OKLAHOMA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:06-cv-00917L<br>Judge Charles F. Lettow |

**DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

To the Clerk:

Please enter the appearance of Jennifer Allaire as counsel of record for Defendant in this case, in substitution for Kevin S. Webb, and along with co-counsel, Martin J. LaLonde and Anthony P. Hoang.

Service of all papers on Ms. Allaire by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Additionally, all hand or overnight-mail deliveries to Ms. Allaire should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3146
Washington, D.C. 20004

Respectfully submitted this 28th day of June, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*/s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0479
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL M. HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on June 28, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Fax: (310) 552-9434

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

*/s/ Jennifer L. Allaire*
JENNNIFER L. ALLAIRE