IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-917L

(Filed: July 5, 2007)

EASTERN SHAWNEE TRIBE OF OKLAHOMA,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the parties' filing of a joint status report on June 28, 2007, as requested by this court's Order of March 1, 2007.

In the report, the parties have included a joint motion to extend the stay of proceedings in this case until December 26, 2007, at which time the parties propose to file a joint status report. The joint motion is **GRANTED**. Further proceedings in this case shall remain suspended until December 26, 2007. The stay of proceedings shall automatically cease on that date, and the case will then again become active. The parties shall file a joint status report on or before December 26, 2007.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge