IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-917L

(Filed: January 11, 2008)

EASTERN SHAWNEE TRIBE OF OKLAHOMA,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is the parties' joint motion for an extension of the temporary stay of litigation, to and including July 3, 2008. The parties filed the motion on December 21, 2007.

The court will hold a telephonic hearing to address the motion on January 28, 2008, at 2:00 p.m. EST. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge