IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-917L

(Filed: January 28, 2008)

EASTERN SHAWNEE TRIBE OF OKLAHOMA,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER LIFTING STAY AND ORDER TO SHOW CAUSE

Pending before the court are the parties' joint motion for an extension of the temporary stay of litigation and their supporting joint status report, filed December 21, 2007.

Following a telephonic status conference held today, January 28, 2008, the court DENIES the motion to extend the stay. The temporary stay previously entered is LIFTED.

Plaintiff is instructed to show cause why the case should not be dismissed in light of the jurisdictional issue raised by 28 U.S.C. § 1500. Plaintiff's response to this Order to Show Cause shall be due March 28, 2008; defendant's response shall be due May 2, 2008; and any reply by the plaintiff shall be due May 23, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge