IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-917L

(Filed: May 12, 2008)

EASTERN SHAWNEE TRIBE OF OKLAHOMA,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A hearing on the responses of the parties to the court's Order to Show Cause, issued January 28, 2008, shall be held June 10, 2008 at 10:00 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Judge