ORIGINAL

FILED
JUL 31 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EASTERN SHAWNEE TRIBE OF OKLAHOMA,

Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

Defendant.

Civil Case No. : 1:06-cv-00917-CFL

Judge Charles F. Lettow

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. §2522 and Rules 3 and 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff, the Eastern Shawnee Tribe of Oklahoma, in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on the 27th day of June, 2008, by the United States Court of Federal Claims.

Respectfully submitted this 30 day of July, 2008

Brian J. Leinbach, Esq.
California State Bar No.161739
bleinbach@elllaw.com
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd, 16th Floor
Los Angeles, California 90067
Tel: (310) 552-3800
Fax: (310) 552-9434
**Attorney for Plaintiff**

OF COUNSEL:

Walter J. Lack, Esq.
California State Bar No. 57550
wlack@elllaw.com
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd, 16th Floor
Los Angeles, California 90067
Tel: (310) 552-3800
Fax: (310) 552-9434

Patricia A. Marks, Esq.
U.S. District Court Bar No. 446702
Markspattyesq@aol.com
15992 A.E. Mullinix Road
Woodbine, Maryland 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

Thomas V. Girardi, Esq.
California State Bar No. 36603
sfujimoto@girardikeese.com
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: (213) 977-0211
Fax: (213) 481-1554

Gregory A. Yates, Esq.
U.S. District Court Bar No. 001
California State Bar No. 63259
gyates@gregoryayates.net
16830 Ventura Boulevard, Suite 250
Encino, California 91436
Tel: (310) 858-6944
Fax: (818) 905-7038

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEAL was served on July 30, 2008, by regular, first-class United States mail, postage pre-paid, on the following counsel:

Anthony P. Hoang
Jody H. Schwarz
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington DC 20044-0663
Tel: 202-305-0241
Tel: 202-305-0456
Fax: 202-353-2021

Dated: This 30th day of July, 2008

Linda Stark
LINDA STARK

303853.1